UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAGI HILL,
                Plaintiff,

v.                                        **ORDER OF DISMISSAL**

EXPERIAN INFORMATION SOLUTIONS     22 CV 2974 (VB)
INC.,
                Defendant.
--------------------------------------------------------------x

       The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 22, 2022. To be clear, any application to restore the action must be filed by November 22, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

       The Clerk is instructed to close the case.

Dated: September 23, 2022
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge